Form rfiler − ntcrefilerv27.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 18−22463−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joseph Mbeh
75 Laidlaw Ave
Suite #1
Jersey City, NJ 07306−1569

Social Security No.:
xxx−xx−8702

Employer's Tax I.D. No.:

---

**NOTICE OF EVIDENCE OF REPEAT FILING**

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

You are hereby notified that the Clerk has determined that the

- [x] debtor
- [ ] joint debtor

received a discharge in case number 13−34742−JKS , commenced on 11/12/2013. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

Objections to this matter must be in writing and filed with the Clerk on or before July 12, 2018 at

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In the event a timely objection is filed, a hearing will be held before the Honorable Judge John K. Sherwood on:

DATE: 07/17/2018
TIME: 10:00 AM
COURTROOM: 3D

Dated: June 21, 2018
JAN: mg

Jeanne Naughton
Clerk