UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST by CALIBER HOME LOANS, INC. as its attorney in fact
JILL A. MANZO, ESQ.
VER855
bankruptcy@feinsuch.com

In Re:

JOSEPH MBEH

Debtor(s).

Case No.: 18-22463-JKS

Adv. No.:

Chapter: 7

Hearing Date: July 31,2018

Judge: Hon. John K. Sherwood

**NOTICE OF MOTION TO VACATE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)(1) AND TO OBTAIN PROSPECTIVE/IN-REM RELIEF UNDER 11 U.S.C. 362(d)(4)(B) AND IF NECESSARY, TO REOPEN/REINSTATE CASE SO THAT SAID MOTION MAY BE HEARD**

TO:

CHARLES M. FORMAN
FORMAN HOLT
66 ROUTE 17 NORTH
PARAMUS, NJ 07652
Trustee in Bankruptcy

JOSEPH MBEH
75 LAIDLAW AVE
SUITE #1
JERSEY CITY, NJ 07306-1569
Debtor(s)

SIR and MADAM:

PLEASE TAKE NOTICE that the undersigned attorney for the Secured Creditor, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST by CALIBER HOME LOANS, INC. as its attorney in fact, shall move before the United States Bankruptcy Judge John K. Sherwood at 50 Walnut Street, 3rd Floor, Newark, NJ 07102, Courtroom 3D, on the **31st day of July, 2018, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, for the following relief:

A. For an Order Vacating the Automatic Stay and providing for Prospective/In-Rem relief pursuant to 11 U.S.C. 362 (d)(1) and 11 U.S.C. 362 (d)(4)(B), with respect to the Debtor's property located at 41 UNION STREET, JERSEY CITY, NJ 07304, and allowing U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST by CALIBER HOME LOANS, INC. as its attorney in fact, to continue with its foreclosure action, by reason of the debtor(s)' continuous Bankruptcy filings. The Motion also seeks to reinstate/reopen this matter, if necessary, should the matter have been dismissed or closed prior to the hearing of this motion; and

B. For such other relief as is just.

**STATEMENT OF NON-NECESSITY OF BRIEF**: The Movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, counsel will rely upon the Affidavit of attorney.

Dated: July 10, 2018

**FEIN, SUCH KAHN & SHEPARD, P.C.**
Attorneys for the Secured Creditor,

By: /S/ JILL A. MANZO